No. 595. NELSON, WARDEN *v.* GEORGE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. *Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *Louise H. Renne,* Deputy Attorneys General, for petitioner.

No. 606. ILLINOIS *v.* ALLEN. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum,* Assistant Attorney General, for petitioner. *Paul Levenfeld* for respondent.

No. 323, Misc. WILLIAMS *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Richard Kanner* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Jesse J. McCrary, Jr.,* Assistant Attorney General, for respondent.

No. 337. GALTIERI *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Milton E. Grusmark, Natalie Baskin,* and *Jerome Lewis* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Harold Mendelow,* Assistant Attorney General, for respondent.

No. 559. RICHARDSON *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. *Philip Wittenberg* for petitioner.